UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT MILLER et al., | CASE NO. C23-1814-KKE |
|---|---|
| Plaintiff(s), | |
| v. | ORDER ON DEADLINE FOR JOINT STATUS REPORT |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant(s). | |

On December 14, 2023, this Court ordered the parties to file a combined joint status report and discovery plan by January 25, 2024.  Dkt. No. 5.  As of the date of this Order, no report has been filed.

Accordingly, the parties are ORDERED to file the combined joint status report and discovery plan by February 16, 2024.  Instructions for completing the report are found in the Court's December 14, 2023 order.  Dkt. No. 5.  Continued failure to file the report will result in an order to show cause why this case should not be dismissed.

Dated this 9th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON DEADLINE FOR JOINT STATUS REPORT - 1