# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT MILLER and BRENNA MILLER, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-01814<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Clerk's Action Required)** |

Pursuant to the Stipulation of the Parties (Dkt. No. 15), all of Plaintiffs' claims against Defendant State Farm Fire and Casualty Company shall be dismissed WITH PREJUDICE and without costs to any party.

**It is so Ordered.**  The Clerk is instructed to close this case.

Dated this 26th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE